UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE ESTATE OF MICHAEL HEISER, *et. al.*,

    Petitioners,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Respondents.

------------------------------------------------------------x

Case Nos.: 18-Misc-302
10-Misc-00005

**NOTICE OF SEVENTH *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1610(c) FOR ISSUANCE OF <u>WRITS OF EXECUTION</u>**

    PLEASE TAKE NOTICE that (1) the Estate of Michael Heiser, deceased; (2) the Estate of Gary Heiser, deceased; (3) Estate of Francis Heiser, deceased; (4) the Estate of Leland Timothy Haun, deceased; (5) Ibis S. Haun; (6) Milagritos Haun f/k/a Milagritos Perez-Dalis; (7) Estate of Senator Haun, deceased; (8) the Estate of Justin R. Wood, deceased; (9) Richard W. Wood; (10) Kathleen M. Wood; (11) Shawn M. Wood; (12) the Estate of Earl F. Cartrette, Jr., deceased; (13) Denise M. Eichstaedt; (14) Anthony W. Cartrette; (15) Lewis W. Cartrette; (16) the Estate of Brian McVeigh, deceased; (17) the Estate of Sandra M. Wetmore, deceased; (18) James V. Wetmore; (19) the Estate of Millard D. Campbell, deceased; (20) Marie R. Campbell; (21) Bessie A. Campbell; (22) the Estate of Kevin J. Johnson, deceased; (23) Shyrl L. Johnson; (24) Che G. Colson; (25) Kevin Johnson, Jr.; (26) Nicholas A. Johnson; (27) the Estate of Laura E. Johnson, deceased; (28) Bruce Johnson; (29) the Estate of Joseph E. Rimkus, deceased; (30) Bridget Brooks; (31) Estate of James R. Rimkus, deceased; (32) Anne M. Rimkus; (33) the Estate of Brent E. Marthaler, deceased; (34) Katie Lee Eicher f/k/a Katie L. Marthaler; (35) the Estate of Sharon Marthaler, deceased; (36) Herman C. Marthaler III; (37) Matthew Marthaler; (38) Kirk Marthaler; (39) the Estate of Thanh Van Nguyen, deceased; (40) Christopher R.

Nguyen; (41) the Estate of Joshua E. Woody, deceased; (42) Dawn Woody; (43) Bernadine R. Beekman; (44) George A. Beekman; (45) Tracy M. Smith; (46) Jonica L. Woody; (47) Timothy Woody; (48) the Estate of Peter J. Morgera, deceased; (49) Michael Morgera; (50) Thomas Morgera; (51) the Estate of Kendall Kitson, Jr., deceased; (52) Estate of Nancy R. Kitson, deceased; (53) the Estate of Kendall K. Kitson, deceased; (54) Steve K. Kitson; (55) Nancy A. Kitson; (56) the Estate of Christopher Adams, deceased; (57) Catherine Adams; (58) John E. Adams; (59) Patrick D. Adams; (60) Michael T. Adams; (61) Daniel Adams; (62) Mary Kowalchuk, f/k/a Mary Young; (63) Elizabeth Wolf; (64) William Adams; (65) the Estate of Christopher Lester, deceased; (66) Cecil H. Lester; (67) Judy Lester; (68) Cecil H. Lester, Jr.; (69) Jessica F. Hatfield, f/k/a Jessica F. Lester; (70) the Estate of Jeremy A. Taylor, deceased; (71) Lawrence E. Taylor; (72) Vickie L. Taylor; (73) Starlina D. Taylor; (74) the Estate of Patrick P. Fennig, deceased; (75) Thaddeus C. Fennig; (76) Catherine Fennig; (77) Paul D. Fennig; and (78) Mark Fennig (collectively, the "Petitioners"), by their undersigned attorneys DLA Piper LLP (US), will and do hereby apply to this Court for the entry of an order pursuant to 28 U.S.C. § 1610(c): (a) confirming that a reasonable period of time has elapsed following the entry of a judgment and supplemental judgment obtained by the Petitioners and against the Islamic Republic of Iran, the Iranian Ministry of Information & Security ("MOIS"), and the Iranian Islamic Revolutionary Guard Corps ("IRGC") (collectively, "Iran") in the United States District Court for the District of Columbia and registered in this Court, and the giving of notice required under 28 U.S.C. § 1608(e), and (b) directing the Clerk of the Court to issue writs of execution to enforce the Petitioners' judgment with respect to specific blocked assets in which Iran and its agencies and instrumentalities have an interest and which are located in this district.

Dated: New York, New York
August 6, 2019

Respectfully submitted,

_____
Cary Samowitz
Robert C. Santoro
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: 212-335-4557
Facsimile: 212-335-4501
Robert.santoro@dlapiper.com
Cary.samowitz@dlapiper.com

and

Richard M. Kremen
Kristy N. Grace
DLA Piper LLP (US)
6225 Smith Ave.
Baltimore, MD 21209
Telephone: 410-580-3000
Facsimile: 410-580-3001
Richard.kremen@dlapiper.com
Kristy.grace@dlapiper.com

*Attorneys for Petitioners Estate of Michael Heiser, et al.*